14

GFM

FILED IN OPEN COURT

JUN 28 2012

CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-00144-CG |
| --- | --- | --- |
|  | * |  |
| v. | * | USAO No. 12R00155 |
|  | * |  |
| PHILLIP HOWELL | * | Violations:  18 USC § 844 (i) |
|  | * | 26 USC § 5861(d) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about March 18, 2012, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

**PHILLIP HOWELL**

maliciously attempted to damage and destroy, by means of fire, the building located at 7765 Airport Boulevard, Mobile, Alabama, said building operating as the business known as "Office Max," used in interstate commerce.

In violation of Title 18 United States Code, Section 844 (i).

### COUNT TWO

On or about March 18, 2012, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**PHILLIP HOWELL**

knowingly possessed four firearms, as defined in Title 26, United States Code Sections 5845(a)(8) and (f), to-wit: four destructive devices consisting of improvised incendiary bombs,

which firearms (destructive devices) had not been registered to the defendant in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

A TRUE BILL

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

*[signature]*

GEORGE F. MAY
Assistant United States Attorney

*[signature]*

JOHN G. CHERRY
Assistant United States Attorney
Chief, Criminal Division

JUNE 2012